# ELECTRONIC RECORD

1307-14

COA # 14-13-00168-CR

OFFENSE: Aggravated Sexual Assault

STYLE: Pedro Ernesto Umana v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 351st District Court

DATE: August 26, 2014   Publish: Yes

TC CASE #:1360048

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Pedro Ernesto Umana v The State of Texas

CCA # _____

_APPELLANT'S_   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_refused_

DATE: _Mar 4, 2015_

JUDGE: _PC: Newell J. not participating_

CCA Disposition: **1307-14**

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**